UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:　　　　　　　　　　　　　　　　　　　　　　　Case No. 17-34097
　　Aaron M Dennis
　　Rebekah K Dennis
　　　　　　Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/14/2017.

2) The plan was confirmed on 05/04/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/21/2018.

5) The case was converted on 10/04/2018.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $66,265.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $10,422.98 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $10,422.98

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,880.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $594.11 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,474.11

Attorney fees paid and disclosed by debtor: $120.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ARBOR FINANCIAL CREDIT UNION | Unsecured | 2,204.00 | 2,600.00 | 2,600.00 | 24.66 | 0.00 |
| BECKET & LEE LLP | Unsecured | 7,414.00 | 1,828.31 | 1,828.31 | 17.34 | 0.00 |
| BECKET & LEE LLP | Unsecured | 0.00 | 5,586.21 | 5,586.21 | 52.99 | 0.00 |
| BECKET & LEE LLP | Unsecured | 630.00 | 630.10 | 630.10 | 0.00 | 0.00 |
| BUREAUS INVESTMENT GROUP POR | Unsecured | 1,755.00 | 588.15 | 588.15 | 0.00 | 0.00 |
| BUREAUS INVESTMENT GROUP POR | Unsecured | 0.00 | 712.30 | 712.30 | 0.00 | 0.00 |
| BUREAUS INVESTMENT GROUP POR | Unsecured | 0.00 | 455.36 | 455.36 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 2,605.00 | 728.06 | 728.06 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 0.00 | 1,877.16 | 1,877.16 | 17.81 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 1,294.00 | 1,294.99 | 1,294.99 | 0.00 | 0.00 |
| CONVERGENT HEALTHCARE RECOV | Unsecured | NA | 28.06 | 28.06 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 6,343.00 | 6,343.95 | 6,343.95 | 60.18 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 0.00 | 1,044.12 | 1,044.12 | 0.00 | 0.00 |
| ECMC | Unsecured | 54,937.00 | 58,427.91 | 58,427.91 | 554.27 | 0.00 |
| GREAT LAKES HIGHER EDUCATION | Unsecured | 29,077.00 | 29,268.93 | 29,268.93 | 277.65 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 2,211.00 | 2,211.34 | 2,211.34 | 20.98 | 0.00 |
| LINCOLN AUTOMOTIVE FINANCIAL | Unsecured | 0.00 | 20,951.51 | 20,951.51 | 198.75 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 272.15 | 272.15 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | NA | 2,428.03 | 2,428.03 | 23.03 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | NA | 1,645.26 | 1,645.26 | 15.61 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | NA | 5,938.87 | 5,938.87 | 56.34 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | NA | 1,052.39 | 1,052.39 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | NA | 976.17 | 976.17 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | 19,037.00 | 6,996.73 | 6,996.73 | 66.37 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,157.00 | 1,157.17 | 1,157.17 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 12,775.00 | 2,745.90 | 2,745.90 | 26.05 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 584.00 | 584.04 | 584.04 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 5,075.00 | 5,843.54 | 5,843.54 | 55.43 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 2,982.11 | 2,982.11 | 28.29 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 823.14 | 823.14 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 3,574.17 | 3,574.17 | 33.91 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 1,230.45 | 1,230.45 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | NA | 4,820.13 | 4,820.13 | 45.73 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 0.00 | 568.70 | 568.70 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 0.00 | 3,598.54 | 3,598.54 | 34.14 | 0.00 |
| COAST TO COAST FIN SOLUTIONS | Unsecured | 328.58 | NA | NA | 0.00 | 0.00 |
| AMERICAN MRI INC | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION/ACL LABORATO | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE MUSIC | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| PENNINSULA MEDICAL CENTER | Unsecured | 873.00 | NA | NA | 0.00 | 0.00 |
| JH PORTFOLIO DEBT EQUITIES LLC | Unsecured | 6,826.00 | NA | NA | 0.00 | 0.00 |
| METRO INFECTIOUS DISEASE | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN MEDICAL RESPONSE | Unsecured | 3,193.47 | NA | NA | 0.00 | 0.00 |
| HARRIS AND HARRIS/GOOD SAM HO | Unsecured | 733.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD | Unsecured | 3,223.00 | NA | NA | 0.00 | 0.00 |
| DOWNERS GROVE PEDIATRICS | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE EMERGENCY PHYSICIANS | Unsecured | 660.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL HEALTHCAR | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL HOSPITAL | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST RADIOLOGISTS SC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE HEALTH GOOD SAMARI | Unsecured | 737.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ACCT/TOWER DENTAL | Unsecured | 572.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION STUDENT LOAN | Unsecured | 1,947.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA NA | Unsecured | 715.00 | 715.28 | 715.28 | 0.00 | 0.00 |
| TOYOTA FINANCIAL SERVICES | Secured | 10,322.75 | 10,322.75 | 10,322.75 | 2,515.01 | 122.45 |
| US DEPARTMENT OF EDUCATION | Unsecured | 131,590.00 | 64,396.51 | 64,396.51 | 610.89 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 69,194.80 | 69,194.80 | 656.40 | 0.00 |
| US DEPARTMENT OF HUD | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Secured | 434.59 | 434.59 | 434.59 | 434.59 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $434.59 | $434.59 | $0.00 |
| Debt Secured by Vehicle | $10,322.75 | $2,515.01 | $122.45 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$10,757.34** | **$2,949.60** | **$122.45** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$316,120.54** | **$2,876.82** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,474.11 |
| Disbursements to Creditors | $5,948.87 |
| **TOTAL DISBURSEMENTS :** | **$10,422.98** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/22/2018     By: /s/ Glenn Stearns
                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**